RAPHAEL W. ALPHER, Appellant, v. FRANK JOHNSON, Respondent.— In an action by an attorney at law to recover for professional services claimed to have been rendered by him and his associate to the defendant at defendant's request, judgment of the County Court of Nassau county, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANTHONY ANACREONTE, JR., for and on Behalf of Himself and Others, Similarly Situated, Appellants, v. MILAZZO'S WORKMEN'S INDEPENDENT SOCIETY and Others, Respondents.—Action for injunction to restrain defendant society and its officers from carrying out or putting into effect certain resolutions, modifications and amendments to the constitution and by-laws, alleged to have been passed illegally at a special meeting of the society, and to have said resolutions and amendments declared null and void. Judgment entered on findings dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ANNA BARDASH, Respondent, v. AUSTIN SMITH, Defendant, and JACOB SKLAREW, Appellant.—Action to recover damages for personal injuries sustained by plaintiff in a collision between two automobiles in one of which, operated by appellant, plaintiff was a passenger. Judgment in favor of the plaintiff against the defendant Sklarew unanimously affirmed, with costs. In our opinion the verdict of the jury in the plaintiff's favor against the defendant, appellant, Sklarew has sufficient support in the evidence. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARY BERRYMAN, Respondent, v. S. S. KRESGE COMPANY, Appellant.—Appeal by defendant from judgment in plaintiff's favor, entered upon the verdict of a jury in an action for personal injuries alleged to have been suffered by plaintiff as the result of a slip and fall upon the oily floor of defendant's store. Judgment and order unanimously affirmed, with costs, on authority of *Johnsen* v. *Staten Island Hospital, Inc.* (265 N. Y. 658), decided November 20, 1934. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

JOSEPH H. BOHR, Respondent, v. CHARLES S. MERRITT and Another, Defendants, and CHARLES MEUSER, Appellant.— Judgment in an action brought to recover damages for personal injuries sustained in an automobile collision unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

OTTO BROWN, Appellant, v. ROBERT G. ANDERSON and Others, as Members of the Town Board of the Town of Hempstead, and Others, Respondents.— Order denying motion for injunction to restrain *pendente lite* the town board of Hempstead, Nassau county, and the building inspector, from granting permits to Mott Creek Corporation for the erection of tanks for gasoline storage, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

H. SEFTON CAMPBELL, Respondent, v. THE CHASE NATIONAL BANK, Appellant. — Order in so far as it denies defendant's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.